# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:14 cr 79

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| JEREMY LOOSEMORE, ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**THIS MATTER** came on before the undersigned pursuant to the Government's Motion to Dismiss Bond Violation (#32). In the motion, the Government moves the Court allow the Government to dismiss a Violation Report (#28) that had been filed on December 2, 2014 alleging that Defendant had violated terms and conditions of his supervised release. It appears to the undersigned, based upon the Government's investigation of the matter, that the evidence does not support the allegations contained in the Violation Report and, indeed, the evidence supports the conclusion that Defendant did not commit the acts described in the allegations. The Government has consulted with counsel for the Defendant and counsel does not object to the Government's motion to dismiss the Violation Report. Based upon a showing of good cause, the Court will allow the motion.(#32)

1

**ORDER**

**IT IS, THEREFORE**, **ORDERED** that the Government's Motion to Dismiss Bond Violation (#32) is **ALLOWED** and the Violation Report (#28) is **ORDERED DISMISSED**.

Signed: December 15, 2014

Dennis L. Howell
United States Magistrate Judge