THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:14-cr-00079-MR-DLH

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| JEREMY LOOSEMORE, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |
| ) | |
| IN RE: PETITION OF LISA AUTREY ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss Forfeiture of Specific Property [Doc. 37].

For the reasons stated in the Government's Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss Forfeiture of Specific Property [Doc. 37] is **GRANTED**, and the Government's criminal forfeiture action with respect to the property located at 42 Fairy Avenue, Spruce Pine, North Carolina, as more particularly

described in a deed recorded in Book 431 at Page 149, in the Mitchell County, North Carolina public registry, is hereby **DISMISSED**.

**IT IS FURTHER ORDERED** that the Consent Order and Judgment of Forfeiture [Doc. 21] previously entered by the Court is hereby **VACATED**.

**IT IS FURTHER ORDERED** that the Petition of Claimant Lisa Autrey [Doc. 35] is hereby **DISMISSED AS MOOT**.

The Clerk of Court is directed to provide copies of this Order to counsel for the Government and the *pro se* Petitioner Lisa Autrey.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge